COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name: John Henry Boykin v. C. Tauss, L. Ruzicka, and F. Rangel; Members of Texas Board of Paroles, in their Individual Capacities

Appellate case number: 01-15-00413-CV

Trial court case number: 81239-I

Trial court: 412th Judicial District Court of Brazoria County

On May 4, 2015, appellant, John Henry Boykin, filed an affidavit of indigence in the trial court in the above-referenced matter. *See* TEX. R. APP. P. 20.1(c)(1). On May 15, 2015, appellant filed a motion to appeal as indigent in this Court. This Court referred the affidavit to the trial court. *See* TEX. R. APP. P. 20.1(c). On June 24, 2015, the district clerk notified this Court that no contest to the affidavit of indigence was filed. *See* TEX. R. APP. P. 20.1(e). Therefore, the allegations in the affidavit are deemed true, and appellant is entitled to proceed without advance payment of costs. *See* TEX. R. APP. P. 20.1(f).

The Clerk of this Court is **ORDERED** to make an entry in this Court's records that appellant is indigent and is allowed to proceed on appeal without advance payment of costs. *See* TEX. R. APP. P. 20.1(f), (n). Appellant's motion to appeal as indigent is denied as moot.

It is further **ORDERED** that Court Reporter file with this Court, within 30 days of the date of this order and at no cost to appellant, the reporter's record. *See* TEX. R. APP. P. 20.1(k).

Appellant's brief is **ORDERED** filed with this Court within 60 days of the date of this order. *See* TEX. R. APP. P. 38.6(a). Appellee's brief, if any, must be filed within 90 days of the date of this order. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.

Judge's signature: /s/ Harvey Brown
                     ☒ Acting individually    ☐ Acting for the Court

Date: September 15, 2015